904

No. 827.  ALVAREZ v. PUERTO RICO.  C. A. 1st Cir. Certiorari denied.  *Melvin S. Louison* and *Leonard Louison* for petitioner.  *J. B. Fernandez Badillo* for respondent.

No. 869.  ASARO v. PARISI.  C. A. 1st Cir.  Certiorari denied.  *Morris D. Katz* for petitioner.  *James A. Whipple* for respondent.

No. 871.  H. B. IVES CO. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.  *Jules G. Korner III* for petitioner.  *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Fred E. Youngman* for respondent.

No. 873.  SARELAS v. GEKAS ET AL.  Supreme Court of Illinois.  Certiorari denied.  *Peter S. Sarelas pro se. John C. Gekas, James P. Economos, Catherine C. Anagnost* and *Gerald M. Chapman* for respondents.

No. 874.  AUGUST v. BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA.  Supreme Court of Pennsylvania.  Certiorari denied.  *William J. Woolston* for petitioner.  *Edward B. Soken* for respondent.

No. 863.  HALUN v. JONES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion that certiorari should be granted, the judgment of the Court of Appeals reversed and the case remanded to the District Court for a jury trial.  *Solomon Alpher* for petitioner. *William H. Clarke* for respondent.